UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Martha C. Smith | Case No. | **08-35858-KRH** |
| | Russell D. Smith | | |
| | Debtor(s) | Chapter 13 | |

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

  Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

  1.  The Attorney has provided services to the Debtor(s) in connection with the following:

  **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **7/28/2009** for which the Attorney requests compensation for service in the amount of $250.

  2.  Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

  3.  The Attorney is the sole provider of legal services to the Debtor(s).

  4.  The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

  5.  The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

            Respectfully submitted,

            /s/ Richard J. Oulton
            Richard J. Oulton (VSB#29640)
            Attorney for Debtor
            The Debt Law Group, PLLC
            2800 N. Parham Rd, Ste 100
            Henrico, VA 23294
            (804)308-0051/Fax: (804)308-0053

            Certificate of Service

  I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

            /s/ Richard J. Oulton
            Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        Martha C. Smith                                        Case No.    **08-35858-KRH**
              Russell D. Smith
                    Debtor(s)                                        Chapter 13

NOTICE OF MOTION

      Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

      **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

      You must also mail a copy to:                    Richard J. Oulton, Esq.
                                                                      The Debt Law Group, PLLC
                                                                      2800 N. Parham Rd, Ste 100
                                                                      Henrico, VA 23294
                                                                      Attorney for the Debtor(s)

:        Chapter 13 Trustee:    Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

> <u>Attend a hearing which will be scheduled at a later date.</u>  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**1/4/2011**                                            /s/ Richard J. Oulton
                                                        Richard J. Oulton (VSB#29640)
                                                        Attorney for Debtor
                                                        The Debt Law Group, PLLC
                                                        2800 N. Parham Rd, Ste 100
                                                        Henrico, VA 23294
                                                        (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

                                                        /s/ Richard Oulton
                                                        Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

```
Aurora Loan
Pob 1706
Scottsbluff, NE 69363


Bank of America
re: AAA Financial Services
P.O. Box 15026
Wilmington, DE 19850-5026


BCC Financial Management Srvcs
3230 W. Commercial Blvd
Suite 200
Fort Lauderdale, FL 33309


Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713


Branch B&T
P.O. Box 2306
Wilson, NC 27894


Brclysbankde
125 South West Str
Wilmington, DE 19801


Cap One
Pob 30281
Salt Lake City, UT 84130


Chase
Bank One Card Serv
Westerville, OH 43081


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Citibusiness Card
P.O. Box 183064
Columbus, OH 43218-3064


Citimortgage
Po Box 9438
Gaithersburg, MD 20898
```

```
Discover Fin
PO Box 15316
Wilmington, DE 19850


Eastern Account System
75 Glen Rd Ste 110
Sandy Hook, CT 06482


Hsbc/Rs
Pob 15521
Wilmington, DE 19805


IRS
P.O. Box 970024
Saint Louis, MO 63197-0024


Sears Mastercard
P.O. Box 6282
Sioux Falls, SD 57117-6282


Sears/Cbsd
701 East 60th St N
Sioux Falls, SD 57117


St.Mary's Hospital
P.O.Box 409553
Atlanta, GA 30384-9553


United Consumers
P.O. Box 4466
Woodbridge, VA 22194-4466


VA Dept of Taxation
PO Box 1115
Richmond, VA 23218


Verizon Va
500 Technology Dr
Weldon Spring, MO 63304


Virginia Emergency Assoc.
P.O. Box 791178
Baltimore, MD 21279
```

```
Washmtl/Prov
Po Box 9180
Pleasanton, CA 94588
```